IN THE UNITED STATES DISTRICT COURT

FOR THE ___Middle___ DISTRICT OF TENNESSEE

___Civil___ DIVISION

Stephanie Cotes ___ Name )
Prison Id. No. 314469 )
)
)
_____ Name )
)
Prison Id. No. _____ )
)
Plaintiff(s) )
)
)
)
v. Maury County Jail )
Enoch George )
Debra Wagonschultz Name )
)
_____ Name )
)
Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes ☒ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _____

Defendants _____

2. In what court did you file the previous lawsuit? _____

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom the case was assigned? _____

5. When did you file the previous lawsuit? _____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____

7. When was the previous lawsuit decided by the court? _____ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

☐ Yes          ☐ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? Maury County Jail 1300 Lawson White dr Columbia TN 38401

B. Are the facts of your lawsuit related to your present confinement?

☒ Yes          ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

_____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

☐ Yes          ☒ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes  ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____

2. What was the response of prison authorities? _____

G. If you checked the box marked "No" in question II.E above, explain why not. _____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☒ Yes  ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☒ Yes  ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? Written Grievances

2. What was the response of the authorities who run the detention facility? _____
Nothing has been done

L. If you checked the box marked "No" in question II.I above, explain why not. _____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Stephanie Cates

Prison Id. No. of the first plaintiff: 314 459

Address of the first plaintiff: 1300 Lawson White dr
Columbia TN. 38401
· (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

Prison Id. No. of the second plaintiff: _____

Address of the second plaintiff: _____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Emch George

Place of employment of the first defendant: Maury Co. Sheriffs Dept

The first defendant's address: 1300 Lawson White dr
Columbia TN 38401

Named in official capacity?        ☑ Yes        ☐ No
Named in individual capacity"      ☑ Yes        ☐ No

2. Name of the second defendant: Debra Wagonschultz

Place of employment of the second defendant: Maury Co. Sheriffs Dept.

The second defendant's address: 1300 Lawson White dr
Columbia TN, 38401

Named in official capacity?        ☑ Yes        ☐ No
Named in individual capacity"      ☑ Yes        ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

This jail is mold infested, air vents are rusted over and moldy this is a health threat. Toilets do not flush properly resulting in exposure daily raw sewer
Female inmates are not given adequate time outside.
Female pod infested with spiders and roaches
No access for females to law library
State Sentenced in mates are sleeping on the floor with no canoe.
Mats have black mold inside and outside
Showers are leaking and moldy
Infront of the Showers water stands in puddles daily. We had Thyavilla who is pregnant fall on July 27, 2013 resulting to the water in the floor
We are fed water downed food which I can vouch for this because, I work in the kitchen 6 hours a week for 5 for 1's. When the males only not to work 40 hours for their 5 for 1's.
We do not get sufficient medical attention we need
The chaping office room 325 has water standing all the time.
We do not always get clean uniforms on daily basis.
We are not supplied hygiene products (pads, toilet paper etc) like we need them
I am a state inmate doing State time I want the same priveleges other state inmates are getting thought Incaration, Serual Incaratoryy

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. I want to be sent to prison

B. Air duct System be cleaned and replaced

C. Fix toilet and sewage Systems

D. Unspecified monetary damage 50,000

E. _____

F. I request a jury trial. ☐ Yes ☒ No

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Stephanie J. Cates_ Date: 8/25/13

Prison Id. No. 314459

Address: 1300 Lawson White dr Columbia TN 38401

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED _IN FORMA PAUPERIS_**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED _IN FORMA PAUPERIS_, TOGETHER**. Complaints received without the required filing fee or application to proceed _in forma pauperis_ will be returned. Filing fees, or applications to proceed _in forma pauperis_, received without a complaint will be returned.