UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STEPHANIE CATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF ENOCH GEORGE, in his )<br>individual and official capacity )<br>)<br>Defendant. ) | No. 1-13-00100<br>Senior Judge Haynes |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 60) to grant Defendant's motion for summary judgment (Docket Entry No. 55). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED with modifications**. Defendant's motion for summary judgment (Docket Entry No. 55) is **GRANTED** for Plaintiff's failure to present sufficient proof to support a judgment on her claims. The Report and Recommendation is **SET ASIDE** as to its conclusions on the legal sufficiency of Plaintiff's claims. Defendant's motion to dismiss (Docket Entry No. 44) and motion to ascertain status (Docket Entry No. 50) are **DENIED as moot**. This action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 22nd day of August, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge